IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTONIO MAURICE WORRELL,

        Petitioner,

v.                                                       Civil Action No. 5:07cv90
                                                        (Judge Maxwell)

THE U.S. PAROLE COMMISSION,

        Respondent.

## ORDER

On this day The U.S. Parole Commission moved to substitute Warden Joyce Francis, FCI Gilmer as the properly named Respondent herein, and it appearing to the Court that good cause exists for said motion, it is accordingly hereby

ORDERED that Warden Joyce Francis, FCI Gilmer be substituted as the properly named Respondent herein and that The U.S. Parole Commission be stricken and removed as Respondent herein.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: November 9, 2007

                                                JOHN S. KAULL
                                                UNITED STATES MAGISTRATE JUDGE